No. 614. HOMER I. STEPHENSON *v.* FRANK KRATKE, WARDEN OF THE COMMON JAIL OF THE CITY AND COUNTY OF DENVER. Appeal from the District Court of the United States for the District of Colorado. October 22, 1923. Docketed and dismissed with costs, on motion of *Mr. Blackburn Esterline* for appellee. No appearance for appellant.

No. 644. UNITED STATES *v.* PRINCE LINE, LTD. Error to the District Court of the United States for the Eastern District of New York. November 12, 1923. Docketed and dismissed, on motion of *Mr. Cletus Keating* for defendant in error. *Mr. Solicitor General Beck* for the United States.

No. 645. UNITED STATES *v.* AMERICAN HAWAIIAN STEAMSHIP COMPANY. Error to the District Court of the United States for the Eastern District of New York. November 12, 1923. Docketed and dismissed on motion of *Mr. Cletus Keating* for defendant in error. *Mr. Solicitor General Beck* for the United States.

No. 196. HARRY RYAN ET AL. *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. November 12, 1923. Dismissed, on motion of counsel for petitioners. *Mr. Charles E. Riordan* for petitioners. *The Attorney General* for the United States.

No. 234. VENANCIO CONCEPCION *v.* PEOPLE OF THE PHILIPPINE ISLANDS. On petition for a writ of certiorari to the Supreme Court of the Philippine Islands. November 12, 1923. Dismissed, on motion of counsel for petitioner. *Mr. A. C. Carson* for petitioner. No appearance for respondent.